# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| PARK 80 HOTELS, LLC and PL HOTELS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>Defendants. | Case No. 1:21-cv-4650-ELR |
| PH LODGING TOMBALL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>Defendants. | Case No. 1:21-CV-5702-ELR |
| AARON HOTEL GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. | Case No. 1:21-cv-00838-ELR |

1

| | |
|---|---|
| d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>    Defendants. | |
| 110 SUNPORT LLC, a New Mexico Limited Liability Company, *individually and on behalf all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>    Defendants. | Case No. 1:22-cv-00456-ELR |
| SYNERGY HOTELS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>    Defendants. | Case No. 1:21-CV-5164-ELR |

## ORDER REGARDING IHG LICENSEE CLASS ACTIONS – AND CASE CONSOLIDATION

This action is before the Court on the Parties' Consent Motion Regarding IHG Licensee Class Actions and the Parties' Case Consolidation Proposal. The court grants the Parties' Consent Motion Regarding Case Consolidation Proposal.

The Court approves the following schedule for filing and responding to the CAC and other related deadlines:

- March 31:  Plaintiffs file the CAC

- May 13:  IHG responds to the CAC, presumably with a Motion to Dismiss ("MTD")

- June 20:  Plaintiffs file their opposition to IHG's MTD

- July 11:  IHG files its MTD reply brief

- If the Court denies IHG's MTD in any respect, IHG's Answer will be due 30 days from the date of the Court's order denying the MTD

- Because the Court's decision on IHG's MTD could materially impact the scope of relevant issues, evidence, and witnesses in this case, the deadline for the parties to serve their Initial Disclosures shall be 30 days from the date of the Court's order on the MTD

- Discovery will commence as set forth in Local Rule 26.2 (30 days after IHG's Answer)

The Court approves the following page limitations:

- Moving Brief: 40 pages
- Opposition Brief: 40 pages
- Reply brief: 25 pages

The Court will hold a scheduling conference to address trial issues relating to the structure and manner of any trial in this action at a time the Court deems appropriate at which time the nature, scope, relatedness, etc. of any claims that might remain for trial will be addressed.  There shall be no presumption either way as to whether the claims of all or some Plaintiffs should be tried together or separately, and all parties reserve their respective rights and positions as to this issue.  The parties may present issues and positions regarding the structure and manner of any trial to the Court when the Court deems appropriate.

SO ORDERED this 23rd day of March, 2022.

*Eleanor L. Ross*
_____
Hon. Eleanor L. Ross
United States District Court
Northern District of Georgia